UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

|  |  |  |
|---|---|---|
| GLORIA JEFFERSON, | ) | No. EDCV 09-1248 FFM |
| Plaintiff, | ) | JUDGMENT OF REMAND |
| v. | ) | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated October 26, 2010.

DATED:  October 26, 2010

 /S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge