MICHAEL J. HURLEY  SBN: 153174
Law Offices of Moga & Hurley
9121 Haven Avenue, Suite 210
Rancho Cucamonga, CA 91730
Telephone:  (909) 948-7282
Facsimile:   (909) 948-7292
E-Mail:      Mogahurley@aol.com

Attorney for Plaintiff:
GLORIA JEFFERSON

**UNITED STATES DICTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| GLORIA JEFFERSON  ,<br><br>             Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY<br><br>             Defendants. | No.  EDCV – 09-1248 FFM<br><br>(~~PROPOSED~~) ORDER AWARDING EAJA ATTORNEY FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of Four Thousand Nine Hundred Fifty Dollars ($4,950.00) subject to the terms of the stipulation.

Dated: December 13, 2010                             /S/ FREDERICK F. MUMM
                                                                         FREDERICK F. MUMM
                                                            UNITED STATES MAGISTRATE JUDGE

ORDER AWARDING EAJA FEES